| People v White (Jonathan) | 3d Dept: 142 AD3d 1254 (Warren) | denied 12/30/16 (Fahey, J.) |
| People v Williams (Albert) | App Div, 1st Dept: 2014 NY Slip Op 79799(U) (NY) | dismissed 12/28/16 (Rivera, J.) |
| People v Williams (Keith) | 4th Dept: 142 AD3d 1360 (Monroe) | denied 12/30/16 (DiFiore, Ch. J.) |
| People v Williams (Teon) | 2d Dept: 143 AD3d 847 (Nassau) | denied 12/20/16 (Stein, J.) |
| People v Young | 4th Dept: 143 AD3d 1242 (Monroe) | denied 12/20/16 (Garcia, J.) |
| People v Zapata | 1st Dept: 143 AD3d 477 (NY) | denied 12/6/16 (Garcia, J.) |

In the Matter of ANGELICA S. and Others, Infants. CYNTHIA C., Appellant; ABBOTT HOUSE, Respondent.

Submitted December 12, 2016; decided January 10, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

In the Matter of MICHAEL H. CASSIDY, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted October 31, 2016; decided January 10, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of MICHAEL H. CASSIDY, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted December 5, 2016; decided January 10, 2017

Motion by The Legal Aid Society for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.